**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  Case No:  8:03-CR-77-T-30TBM

GHASSAN ZAYED BALLUT
_____/

**O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation dated May 28, 2004, submitted by Magistrate Judge Thomas B. McCoun, III  (Dkt. #545).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1)  The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)  The Court initially approves up to 50 hours of investigative work at a maximum hourly rate of $60.00 or a total of $3,000.00.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record