UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION        C6 MAR 14 AM 6: 34

Case No. 8:03-CR-77-T-30TBM

UNITED STATES OF AMERICA

-vs-                                    13 September 2005

SAMI AMIN AL-ARIAN                      9:05 a.m.
SAMEEH HAMMOUDEH
GHASSAN ZAYED BALLUT
HATIM NAJI FARIZ

          Defendants.
--------------------------/

TRANSCRIPT OF PROCEEDINGS
*(EXCERPT OF JURY TRIAL - TESTIMONY OF  NISSIM ELYASSAF)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

**For the Government:**        **WALTER FURR, ESQUIRE**
                               **TERRY ZITEK, ESQUIRE**
                               **CHERIE KRIGSMAN, ESQUIRE**
                               **ALEXIS COLLINS, ESQUIRE**
                               *United States Attorney's Office*
                               400 North Tampa Street
                               Suite 3200
                               Tampa, Florida 33602

**For the Defendant**          **WILLIAM MOFFITT, ESQUIRE**
**Sami Al-Arian:**             *Cozen O'Conner, P.C.*
                               1667 K Street, Northwest
                               Suite 500
                               Washington, D.C. 20006-1605

                               **LINDA MORENO, ESQUIRE**
                               *Amy V. Jackson, P.A.*
                               730 East Strawbridge Avenue
                               Number 200
                               Melbourne, Florida 32901

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

Sherrill L. Jackson, RPR
Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division